473 A.2d 653

Commonwealth v. Gill, Appellant.

Submitted February 15, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; John A. Kenneff, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.
Judgment of sentence affirmed.